# United States District Court
## *Southern District of Georgia*

National Union Fire Insurance Company of Pittsburgh, Pa.

_____
Plaintiff

v.

The Davey Tree Expert Company, Wolf Tree Inc., Marjorie Conner, Christopher Branch, and Oscar Cruz

_____
Defendant

Case No. 4:19-cv-00247-WTM-CLR

Appearing on behalf of

National Union Fire Insurance Co.
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 8th day of August, 2019.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: Tiffany Powers

Business Address: Alston & Bird LLP
Firm/Business Name

1201 West Peachtree Street
Street Address

| Atlanta | GA | 30309 |
|---|---|---|
| City | State | Zip |

Street Address (con't)

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-881-7000 | | 586589 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: tiffany.powers@alston.com