# United States District Court
## Southern District of Georgia

National Union Fire Insurance Company of Pittsburg, Pa.

Plaintiff

v.

The Davey Tree Expert Company, et al.

Defendant

Case No. 4:19-cv-00247-WTM-CLR

Appearing on behalf of Defendants Davey Tree and Wolf Tree

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 2nd day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: David E. Wood

Business Address: Barnes & Thornburg, LLP
Firm/Business Name

2029 Century Park East, Suite 300
Street Address

Los Angeles    CA    90067
Street Address (con't)    City    State    Zip

_____
Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(310) 284-3880    N/A
Telephone Number (w/ area code)    Georgia Bar Number

Email Address: dwood@btlaw.com