# United States District Court

## *Southern District of Georgia*

National Union Fire Insurance
Company of Pittsburg, PA.
_____
Plaintiff

**v.**

The Davey Tree Expert Company,
et al.
_____
Defendant

Case No.   4:19-cv-00247-WTM-CLR
_____

Appearing on behalf of

Defendants Davey Tree and Wolf Tree
_____
(Plaintiff/Defendant)


## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission
*pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in
the United States District Court for the Southern District of Georgia in the
subject case is **GRANTED**.

This   2nd   day of   December   ,   2019   .


_____
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | John L. Corbett |
| Business Address: | Barnes & Thornburg, LLP |

Firm/Business Name

2121 N. Pearl Street, Suite 700

Street Address

| | Dallas | TX | 75201 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (214) 258-4200 | | N/A | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

| | |
|---|---|
| Email Address: | jcorbett@btlaw.com |