# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIURE INSURANCE COMPANY OF PITTSBURG, PA., | ) ) ) | |
| v. | ) ) | CV419-247 |
| THE DAVEY TREE EXPERT COMPANY, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

# ORDER

This case, a declaratory judgment action related to several civil actions pending in this Court and the State Court of Chatham County, Georgia. *See generally* doc. 1. Because of a conflict arising from a related civil case, *see Huffman v. The Davey Tree Expert Co.*, CV418-184 (S.D. Ga.), and to avoid any appearance of impropriety, I recuse.

Two federal statutes govern judicial disqualification due to conflict of interests. The first, 28 U.S.C. § 144, only applies when "a party . . . makes and files a timely and sufficient affidavit . . . ." Since no such affidavit has been filed, it does not apply here. The second, 28 U.S.C. § 455, "places a judge under a self-enforcing obligation to recuse himself where the proper legal grounds exist." *United States v. Alabama*, 828 F.2d

1532, 1540 (11th Cir. 1987), *superseded by statute on other grounds as recognized by J.W. by and through Tammy Williams v. Birmingham Bd. of Ed.*, 904 F.3d 1248, 1254 (11th Cir. 2018). It is vital that litigants and the public see that the judicial process is fair and impartial. Accordingly, I will exercise my discretionary power to recuse in this case.

The Clerk is **DIRECTED** to forward a copy of this order to the assigned District Judge for reassignment.

**SO ORDERED**, this 2nd day of December, 2019.

*[signature: Christopher L. Ray]*

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA