IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CV 419-247 |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE CONNER; CHRISTOPHER BRANCH; and OSCAR CRUZ, | ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

The Court **GRANTS** the parties' Joint Motion to Modify Scheduling Order. (Doc. no. 36.) The parties shall have through and including February 21, 2020, to hold the required 26(f) Conference.

SO ORDERED this 14th day of January, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA