IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CV 419-247 ) |
| THE DAVEY TREE EXPERT COMPANY; WOLF TREE, INC.; MARJORIE CONNER; CHRISTOPHER BRANCH; and OSCAR CRUZ, | ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

The Court **GRANTS** the parties' Joint Motion to Modify Scheduling Order. (Doc. no. 47.) The parties shall have through and including April 3, 2020, to hold the required 26(f) Conference and file the 26(f) Report, in response to which the Court will issue a scheduling order setting discovery and motions deadlines.

SO ORDERED this 14th day of February, 2020, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA